**In the Matter of Wallace K. HOLLANDER, a Disabled Person.**

**No. WD 36300.**

Missouri Court of Appeals,
Western District.

July 30, 1985.

Motion for Rehearing and/or Transfer to
Supreme Court Overruled
and Denied Oct. 1, 1985.

Thomas M. Dunlap, Whitlow, Riley, Mariea & Dunlap, P.C., Fulton, for appellant.

Larry M. Woods, Sapp, Woods, Orr & Bley, Columbia, for respondent.

Before MANFORD, P.J., and PRITCHARD and LOWENSTEIN, JJ.

ORDER

PER CURIAM:

Appeal from an order of the probate division finding appellant a disabled person, as defined in Section 475.010(4) RSMo. (Cum.Supp.1984), and appointing a conser-

---

**554**

vator to cooperate with and assist the trustee of appellant's bankruptcy estate.

Order affirmed. 84.16(b).